## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| United States of America, | ) | CV 14-4924 RSWL (VBKx) |
| Plaintiff, | ) | **ORDER Re: Motion for Default Judgment Against the Interests of Hector Uribe and All Other Potential Claimants [10]** |
| v. | ) | |
| $16,586.00 in United States Currency, | ) | |
| Defendant. | ) | |

Plaintiff United States of America ("Plaintiff") has filed a Motion for Default Judgment Against the Interests of Hector Uribe and All Other Potential Claimants in Defendant $16,586.00 in U.S. Currency ("Defendant currency")[10] pursuant to 18 U.S.C. § 981(a)(1)(C) and 21 U.S.C. § 881(a)(6). The Court, having reviewed all papers submitted pertaining to this Motion and having considered all arguments presented to the Court, **NOW FINDS AND RULES AS FOLLOWS**:

Plaintiff's Motion for Default Judgment is hereby **GRANTED**. The Court finds that Plaintiff has met all

local procedural requirements for default judgment. First, default was entered by the Clerk of the Court as to the Interests of Hector Uribe and All Other Potential Claimants in the defendant currency on December 30, 2014 [9].  Second, default was entered to the Complaint filed in this proceeding.  Third, as declared by Plaintiff "on information and belief," the potential claimant is neither an infant nor an incompetent person.  Galatzan Decl. ¶ 12.  Fourth, as declared by Plaintiff "on information and belief," the potential claimant does not serve in the U.S. military; thus, he are not exempt under the Servicemembers Civil Relief Act.  Id. ¶ 13.  Fifth, on the date of filing, Plaintiff declared that the potential claimant was served by U.S. Mail at his last known addresses.  Id. ¶¶ 5-9.

   Furthermore, the Court finds that the substantive factors set forth in Eitel v. McCool, 782 F.2d 1470 (9th Cir. 1986) weigh in favor of granting default judgment, because of: a) the possibility of prejudice to Plaintiff the United States of America; (b) the fact that Plaintiff's case appears to be meritorious and sufficiently pleaded in the Complaint; (c) the seriousness of the crime of drug trafficking in which the currency was used; the lack of dispute as to genuine fact; the lack of apparent excusable neglect by interested parties in failing to claim currency or file and opposition; and the policy reasons for granting

1 | default judgment.

3 | THEREFORE, IT IS ORDERED that:

4 |     Default judgment shall be entered against the Interests of Hector Uribe and All Other Potential Claimants.  As for the relief requested, the Court **GRANTS** Plaintiff's request pursuant to 18 U.S.C. § 981(a)(1)(C) in the amount of $16,586.00.

    **IT IS SO ORDERED.**

DATED: March 6, 2014      RONALD S.W. LEW
    **HONORABLE RONALD S.W. LEW**
    Senior U.S. District Judge

3